# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Demetria L. Kaufman

Case No.:22−31819−acs

Debtor(s)

Trustee: William W. Lawrence −13  
310 Republic Plaza  
200 S. Seventh Street  
Louisville, KY 40202  
581−9042

Chapter:13

Meeting Date: 10/26/22  
Meeting Time: 01:00 PM

# CHAPTER 13 ORDER TO DEBTOR

The debtor shall **e−mail** the following documents to the trustee within **14 days** from the date of this order via the following internet link:

www.louchapter13.com

The debtor's name and case number shall be identified on each document or in a cover letter affixed to the documents:

1. A copy of the debtor's last state and federal income tax returns;

2. A copy of paycheck stubs or equivalent documents issued by the debtor's employer showing gross earnings and all deductions received within 60 days before the filing of the case;

3. All contracts or title papers pertaining to any property in which the debtor has an interest, including any deed or contract under which the debtor holds title to or any interest in real estate, all recorded mortgages, tax assessments, liens, or encumbrances upon said property, including the amount owed on date of filing. These documents may be obtained from the Office of the Clerk for the county in which the real estate is located.

The debtor is restrained and enjoined from selling, transferring, abandoning, releasing to creditors, or in any way disposing of property until further order of the court.

Failure to timely comply with this order will result in the dismissal of this case without further notice.

Counsel for the debtor is responsible for insuring that the debtor complies with this order.

Dated: 9/20/22

ENTERED BY ORDER OF THE COURT  
United States Bankruptcy Court  
Elizabeth H. Parks