# United States Bankruptcy Court
## Western District of Kentucky

In re **Demetria L. Kaufman**  
Debtor(s)

Case No. **22-31819**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 21, 2022**, a copy of **The Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- Afni, Inc.
- Amex
- Baptist Health
- Bridgecrest
- CardWorks
- Chimef/str
- Convergence Acquisitions
- Convergent Outsourcing, Inc.
- Credit One Bank
- LVNV FUnding
- Navient Solutions Inc
- NMAC
- Norton
- Resurgent Capital Services
- Sprint Bankruptcy Department
- Stoneberry
- T Mobile Bankruptcy Team
- Utility Self-reported

/s/ Matthew Owen  
Matthew Owen 94919  
Whitford & Neuhauser PLLC  
312 S. 4th St. Ste. 700  
Louisville, KY 40202  
502-648-9392 Fax: 877-392-7941  
mattowenlaw@gmail.com